## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

United States of America,                                    Criminal No. 99-86 (2) (RHK/AJB)

                Plaintiff,                                    **ORDER**

v.

Mosiah Omar Wright,

                Defendant.

_____

Defendant has filed a "Motion to Modify Sentence Pursuant to 28 U.S.C.

§ 3582(c)(2). His only asserted ground in support of the Motion is that a reduction of his

sentence "would immediately lessen the financial burden associated with maintaining his

incarceration in these difficult economic times." As the Government aptly notes in its

opposition to the Motion, "there simply is nothing in the text of 28 U.S.C. § 3582(c) that

authorizes the Court to reduce a sentence on the grounds Wright has stated." The Court

agrees.

Based on all the files, records and proceedings herein, **IT IS ORDERED** that

Defendant's Motion (Doc. No. 190) is **DENIED** and the Court declines to issue a

Certificate of Appealability.

Dated: April 25, 2012

                           s/Richard H. Kyle
                           RICHARD H. KYLE
                           United States District Judge